UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
RICHARD GUZMAN,                   :     7:21-CR-763-PMH
                                  :
              Defendant.          :
-----------------------------------------------------------x

The VOSR Revocation Hearing scheduled for January 23, 2025 at 10:00 a.m. is converted to an Admission and Sentencing Hearing. By January 16, 2025, counsel shall file either joint or separate letters with their position(s) concerning the admission and sentencing and provide the Court with any documents necessary for the Court's consideration in connection with the hearing.

**SO ORDERED:**

Dated: White Plains, New York
       January 10, 2025

_____
Philip M. Halpern
United States District Judge